UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MIDLAND CREDIT MANAGEMENT INC.,<br><br>　　　　Defendant. | Case No. _____<br><br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441** |

　　　　PLEASE TAKE NOTICE THAT defendant Midland Credit Management, Inc. ("MCM") hereby removes to this court the state court action described below.

　　　　1.　　This is a civil action over which the court has original jurisdiction under 28 U.S.C. § 1331, and which may be removed to this court under 28 U.S.C. §1441(a), because it involves a claim under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq* ("TCPA"). *See Mims v. Arrow Financial Services, LLC*, 132 S. Ct. 740 (2012).

　　　　2.　　A copy of the complaint filed by plaintiff in the Cowlitz County District Court, Small Claims Department, case no. 14 S 4, is attached as Exhibit 1.

　　　　3.　　This Notice of Removal is timely because defendant purportedly was served (if at all) on January 8, 2013. *See* Exhibit 2 (letter from plaintiff to MCM with sheriff date stamp).

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441** - Page 1

1964235

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

1  4. Venue is proper in this district because it is the district embracing the
2  place where the action is pending. See 28 U.S.C. §1441(a).
3  5. Other than a general denial (see Exhibit 3), no further proceedings have
4  occurred in the state court action.
5  6. In filing this notice, Midland does not waive any defenses or claims
6  including (but not limited to) any defenses based on jurisdiction, service or statute of
7  limitations.
8  DATED: February 6, 2014

COSGRAVE VERGEER KESTER LLP

/s/ Robert E. Sabido
Robert E. Sabido, WSBA No. 29170
rsabido@cosgravelaw.com
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
Telephone: (503) 323-9000
Fax: (503) 323-9019

Attorneys for Defendant

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441** - Page 2

1964235

## CERTIFICATE OF SERVICE

1. I hereby declare under penalty of perjury that I served a true and correct copy of the foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)** on the date indicated below by:

- ☐ electronic mail,
- ☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to plaintiff at the address listed below:

Timothy Dietz
2503 34th Avenue
Longview, WA 98632
Plaintiff *Pro Se*

DATED: February 6, 2014

/s/ Robert E. Sabido
Robert E. Sabido

CERTIFICATE OF SERVICE - Page 1

1964235

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000