# IN THE SMALL CLAIMS DEPARTMENT OF
# COWLITZ COUNTY DISTRICT COURT

SMALL CLAIM NUMBER: __14 s 4__

| Plaintiff: TIMOTHY DIETZ | Defendant: MIDLAND CREDIT MANAGEMENT INC. |
|---|---|
| Address: 2503 34TH AVE | Address: 8875 AERO DR SUITE 200 |
| City: LONGVIEW  State: WA | City: SAN DIEGO  State: CA |
| Zip Code: 98632  Phone: 360-442-9832 | Zip Code: 92123  Phone: 877-240-2377 |

## CLAIM

__TIMOTHY DIETZ__, Plaintiff, has appeared at the above entitled Court and states that the above named Defendant(s) owes the Plaintiff the sum of $ __1500__ which became due or owing on __1/5/2013__ (date).

The amount owing is for:

- Auto Damages _____   Date of Accident _____
- Wages _____          Back Rent _____
- Rent Deposit _____   Goods Sold _____
- Property Damage _____   Other  __TCPA__

_____
Plaintiff Signature / Title (if filing on behalf of Partnership, LLC, PLCC, Corporation)

[Filed stamp: COWLITZ COUNTY DISTRICT COURT, 2014 JAN -3, FILED]

Subscribed and sworn to before me this __3RD__ day of __JANUARY__, 20__14__.

_____
Court Clerk/Notary (Carolyn Miller)

---

State of Washington }
                    } ss:
County of Cowlitz   }

To: __MIDLAND CREDIT MANAGEMENT__, Defendant(s). This claim for $ __1500__ has been filed against you. You are required to deny this claim either in person or in writing. Your denial to the claim must be received no later than 4:30 P.M. on __2·3·14__

If your answer is that you do not owe all or part of the money that is claimed, the case will be set for hearing at a later date. **IF YOU FAIL TO APPEAR AND ANSWER THE CLAIM, A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM PLUS COURT COSTS.**

The District Court is located on the second floor of the Hall of Justice, 312 SW First, Kelso, WA 98626. Office hours are 8:30 A.M. to 5:00 P.M., Monday through Friday except legal holidays.

[Stamp: RECEIVED 2014 JAN, THURSTON COUNTY SHERIFF]

EXHIBIT 1
Page 1 of 10

Issued: __1·3·14__   Clerk: Carolyn Miller

White – Court Copy  /  Yellow – Defendant's Copy  /  Pink – Plaintiff's Copy

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## IN THE SMALL CLAIMS DEPARTMENT OF
## COWLITZ COUNTY DISTRICT COURT

TIMOTHY DIETZ,

    Plaintiff,

vs.

MIDLAND CREDIT MANAGEMENT, INC,

    Defendant.

Small Claims No.: 14 S 4

VERIFIED COMPLAINT FOR RELIEF

RECEIVED 2014 JAN -8 AM 11:17 THURSTON COUNTY SHERIFF

Plaintiff, Timothy Dietz (Hereinafter "Mr. Dietz"), sues Defendant, Midland Credit Management, INC. (Hereinafter "MCM"), and for his complaint alleges:

### NATURE OF THE ACTION

1. This is a complaint for money damages.

2. MCM has violated the Telephone Consumer Protection Act (Hereinafter "TCPA") 47 USC § 227 *et seq*. Mr. Dietz contends that MCM has violated such laws in attempts to collect an alleged but nonexistent debt.

### PARTIES

Verified Complaint for Relief
14 S 4

Timothy Dietz
2503 34th Ave
Longview WA 98632
360-423-9521


EXHIBIT 1
Page 2 of 10

- 1 of 5 -

3. Mr. Dietz, is a citizen of Cowlitz County, Washington.

4. Upon information and belief MCM is a foreign corporation, licensed as a collection agency and authorized to do business in Washington State with a registered agent in Washington who is Corporation Service Company, 300 Deschutes Way SW STE 304, Tumwater, WA, 98501.

## JURISDICTION AND VENUE

5. This Court has jurisdiction to grant relief pursuant to Washington State Statute RCW § 12.40.010 in that this is an action for damages less than $5,000.00 exclusive of interest, fees, and costs, and only legal relief is sought.

6. Venue is proper in Cowlitz County, Washington, pursuant to Washington State Statute RCW § 4.12.020(3), because the causes of action accrued in that county.

7. Jurisdiction of this Court arises under 47 U.S.C. § 227(b)(3) and Washington State Statute RCW § 4.12.025.

8. Venue is proper pursuant to Washington State Statute RCW § 3.66.040. Venue in this county is proper in that Mr. Dietz resides here, MCM transacts business here, and the conduct complained of occurred here.

9. Venue is proper in Cowlitz County, Washington, pursuant to Washington State Statute RCW § 4.12.025, because MCM intentionally reached into that county, availing itself of the protection of the laws of Washington State, and MCM acts in that county gave rise to the cause of action asserted herein.

10. This Court has jurisdiction over MCM pursuant to Washington State Statute RCW § 3.66.040(8) because MCM engages in business within this state, to wit debt collection, and its business within this state gave rise to the causes of action asserted herein.

Verified Complaint for Relief
14 S 4

Timothy Dietz
2503 34th Ave
Longview WA 98632
EXHIBIT 1
Page 3 of 10

- 2 of 5 -

11. This Court has jurisdiction over MCM pursuant to Washington State Statute RCW § 4.12.020(3) because MCM caused injury to a person within this state, to wit, Mr. Dietz, while it was engaged in service activities, to wit, debt collection, within this state.

12. This Court has jurisdiction over MCM pursuant to Washington State Statute RCW § 3.66.040(8) because MCM carries on business in this State.

13. Defendant has violated the TCPA § 227 *et seq.* MCM has violated the act by calling Mr. Dietz's cell phone.

14. Venue is proper in Cowlitz County, Washington, because the acts giving rise to the cause of action took place within that county. Particularly, the offending communications were all made and directed into that County.

## BACKGROUND

15. On or about January 5, 2013 at about 10:20 am, MCM called Mr. Dietz's cell phone without prior permission or for emergency purposes. (Exhibit 'A')

16. The communications in question here are all related to the collection of a non-existent consumer debt.

17. The acts alleged herein all took place in Cowlitz County, in that the offending call was received there.

18. Mr. Dietz has no prior or present established relationship with MCM.

19. Mr. Dietz has never given MCM express permission to call his cellular phone.

20. Mr. Dietz has no contractual obligation to pay MCM.

## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT 47 U.S.C. § 227(b)(1)(A)(iii) WILLFUL NON-COMPLIANCE BY MIDLAND CREDIT MANAGEMENT, INC.

Verified Complaint for Relief
14 S 4

Timothy Dietz
2503 34th Ave
Longview WA 98632
360-442-4801



21. Mr. Dietz re-alleges 1 through 20.

22. MCM has demonstrated willful or knowing non-compliance with 47 U.S.C. § 227(b)(1)(A)(iii) by using an automatic telephone dialing system (ATDS) to call Mr. Dietz's cell phone, which is assigned to a cellular telephone service contrary to 47 U.S.C. § 227(b)(1)(A)(iii) which states in relevant part;

> (1) PROHIBITIONS.— it shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States—
> (A) To make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—
> (iii) To any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call;

**WHEREFORE**, based on facts set forth in the above count, Plaintiff demands:

(a) Statutory damages of $1500.00, payable by MCM, pursuant to TCPA 47 U.S.C § 227(c)(5)(C), exclusive of interest, costs, and attorneys' fees.

(b) Such other relief as may be just.


Respectfully Submitted,

_____
Timothy Dietz

**VERIFICATION OF COMPLAINT**

STATE OF WASHINGTON
COUNTY OF COWLITZ

Verified Complaint for Relief
14 S 4

Timothy Dietz
2503 34th Ave
Longview WA 98632

EXHIBIT 1
Page 5 of 10

- 4 of 5 -

**BEFORE ME** personally appeared Timothy Dietz who, being by me first duly sworn and identified in accordance with Washington law, deposes and says:

1. My name is Timothy Dietz, plaintiff herein.
2. I have read and understood the attached foregoing complaint filed herein, and each fact alleged therein is true and correct of my own personal knowledge

_____
Timothy Dietz, Plaintiff

SWORN TO and subscribed before me this 4th day of January, 2014.

_Amy Lynn Tabor_
Notary Public

My commission expires: 11-1-2014



Verified Complaint for Relief
14 S 4

Timothy Dietz
2503 34th Ave
Longview WA 98632

- 5 of 5 -

EXHIBIT 1
Page 26 of 210

IN THE SMALL CLAIMS DEPARTMENT OF
COWLITZ COUNTY DISTRICT COURT

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>    Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC,<br><br>    Defendants. | Small Claims No.: 14 S 4<br><br>AFFIDAVIT IN SUPPORT OF EXHIBITS |

Now comes the Affiant, Timothy Dietz, a citizen of the United States and the State of Washington over the age of 21 years, and declares as follows, under penalty of perjury:

1. Attached hereto as **EXHIBIT A** is a copy of a picture of my cell phone that I snapped with my own personal camera, that bears the phone number of an incoming call from Defendant Midland Credit Management, Inc.

I hereby affirm that I have read and understood the foregoing Affidavit herein, and that the foregoing Affidavit is true and correct of my own personal knowledge.

Dated this 4th Day of January, 2014.

_____
Timothy Dietz, Affiant

**NOTARY'S VERIFICATION**

STATE OF WASHINGTON
COUNTY OF COWLITZ

BEFORE ME personally appeared Timothy Dietz the above-named Affiant who, being by me first duly sworn and identified in accordance with Washington law, and he acknowledged his signature on this Affidavit in my presence.
    AND THE AFFIANT SAYETH NOT

AFFIDAVIT
14 S 4



Timothy Dietz
2503 34th Ave
Longview WA 998632
360-442-9832

- 1 of 2 -

1
2   SWORN TO and subscribed before me this 4th day of January, 2014.
3   _____AmyLynn Tabor_____
    Notary Public
4
    My commission expires: 11-1-2014
5

[Notary Public seal: AMY LYNN TABOR, COMMISSION EXPIRES NOVEMBER 1, 2014, STATE OF WASHINGTON]

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

AFFIDAVIT
14 S 4

Timothy Dietz
2503 34th Ave
Longview WA 98632
360-442-9832

EXHIBIT 1
Page 8 of 10

- 2 of 2 -

# EXHIBIT

# A

# PICTURE OF CELL PHONE

EXHIBIT 1
Page 9 of 10

Collections
8002658825
Call
Send message
01/09/2013 10:14
01/09/2013 10:02
01/05/2013 11:46
01/05/2013 10:20