Timothy Dietz
2503 34th Ave
Longview WA 98632
360-442-9832
timthepostman@yahoo.com

Midland Credit Management, Inc.
8875 Aero Dr Suite 200
San Diego CA 92123

To Whom It May Concern

I have previously contacted you about my intent to litigate but have received no response whatsoever from you. I have now filed a lawsuit against you in the Small Claims Department of Cowlitz County. Should you need to contact me my contact information is provided above. The Cell number and the email address listed above are only to be used in connection with this lawsuit.

*[signature]*
Tim Dietz

RECEIVED 2014 JAN -8 AM 11:16 THURSTON COUNTY SHERIFF

EXHIBIT 2
Page 1 of 1