# IN DISTRICT COURT FOR COWLITZ COUNTY
# STATE OF WASHINGTON

TIMOTHY DIETZ </br>
      Plaintiff,  No. __14 S 4__

-vs.-

        APPEARANCE AND ANSWER

MIDLAND CREDIT MANAGEMENT </br>
      Defendant.

## I DO NOT REQUEST A TRIAL

_____ I admit I owe the debt and can/cannot pay it at this time.

## I REQUEST A TRIAL BECAUSE:

_____ 1. I owe $ _____ of the amount sued for because _____

__X__ 2. I have a defense to the complaint as follows: _____

__X__ 3. I do not owe any part of the claim.

DATED: __2/03/2014__

Signature: _Andrew Asch_

Telephone Number: 800-825-8131

Street Address: 3111 Camino Del Rio North, Suite 1300

City: San Diego   State: CA   Zip: 92108

EXHIBIT 3 </br>
Page 1 of 1