UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT INC.,<br><br>    Defendant. | Case No. _____<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, defendant Midland Credit Management, Inc. discloses that it is a wholly-owned subsidiary of Encore Capital Group, Inc., a Delaware corporation that is publicly traded on NASDAQ under the symbol ECPG.

DATED: February 6, 2014

COSGRAVE VERGEER KESTER LLP


/s/ Robert E. Sabido
Robert E. Sabido, WSBA No. 29170
rsabido@cosgravelaw.com
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
Telephone: (503) 323-9000
Fax: (503) 323-9019

Attorneys for Defendant

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**
Page 1

1964290

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury that I served a true and correct copy of the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** on the date indicated below by:

- ☐ electronic mail,
- ☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to plaintiff at the address listed below:

Timothy Dietz
2503 34th Avenue
Longview, WA 98632
Plaintiff *Pro Se*

DATED: February 6, 2014

/s/ Robert E. Sabido
Robert E. Sabido

**CERTIFICATE OF SERVICE -** Page 1

1964290

**COSGRAVE VERGEER KESTER LLP**
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000