1

2

**THE HONORABLE RONALD B. LEIGHTON**

3

4



5

**14-CV-05114-M**



6

7

8

UNITED STATES DISTRICT COURT

9

WESTERN DISTRICT WASHINGTON

AT TACOMA

10

11

TIMOTHY DIETZ,

Case No. 3:14-cv-05114-RBL

12

Plaintiff,

**MOTION TO REMAND BACK TO STATE COURT**

13

vs.

NOTE ON MOTION CALENDAR:
MARCH 28, 2014

14

MIDLAND CREDIT MANAGEMENT, INC,

15

Defendant.

16

17

Plaintiff, Timothy Dietz, moves this Honorable Court to remand back to Washington

18

State Small Claims Court case 14 S 4, stating in support thereof:

19

1.  The TCPA statue 47 U.S.C. § 227, can be brought in the Small Claims Department of

20

Cowlitz County District Court because it is a Court with proper subject matter

21

jurisdiction. There is no need for remand to the United States District Court.

22

2.  The United States District Court does not maintain original jurisdiction over the TCPA.

23

24

25

MOTION TO REMAND
3:14-cv-05114-RBL

Timothy Dietz
2503 34th Ave
Longview WA 98632
360-442-9832

1

2

**WHEREFORE**, Plaintiff Timothy Dietz moves this Court to enter an Order remanding

back to Washington State Small Claims Court case 14 S 4, granting such other and further

3

relief as the Court may deem reasonable and just under the circumstances.

4

Dated this 24th day of February 2014.

5

Respectfully Submitted,

6

7

_____
Timothy Dietz

8

## CERTIFICATE OF SERVICE

9

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically

10

mailed to Robert E. Sabido, Esq., rsabido@cosgravelaw.com this 24th day of February 2014.

11

Respectfully,

12

13

_____
Timothy Dietz
2503 34th Ave
Longview WA 98632
360-442-9832
timthepostman@yahoo.com

14

15

16

## VERIFICATION

17

**STATE OF WASHINGTON**
**COUNTY OF COWLITZ**

18

19

**BEFORE ME** personally appeared Timothy Dietz who, being by me first duly sworn
and identified in accordance with Washington law, deposes and says:

20

1. My name is Timothy Dietz, plaintiff herein.
2. I have read and understood the attached foregoing complaint filed herein, and each
   fact alleged therein is true and correct of my own personal knowledge

21

22

23

_____
Timothy Dietz, Plaintiff

24

SWORN TO and subscribed before me this 24 day of February 2014.

25

MOTION TO REMAND
3:14-cv-05114-RBL

Timothy Dietz
2503 34th Ave
Longview WA 98632
360-442-9832

1

2

_Cynthier Y Carl_
Notary Public

3

4
My commission expires: 6-14-14

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MOTION TO REMAND
3:14-cv-05114-RBL

Timothy Dietz
2503 34th Ave
Longview WA 98632
360-442-9832