HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY DIETZ, | CASE NO. C14-5114 RBL |
| Plaintiff, | ORDER DENYING MOTION TO REMAND |
| v. | (DKT. #8) |
| MIDLAND CREDIT MANAGEMENT INC., | |
| Defendant. | |

THIS MATTER is before the Court on Plaintiff's motion to remand.  Plaintiff filed his complaint in Cowlitz County Small Claims Court asserting claims under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*  The Defendant removed the case to this Court, and the Plaintiff now seeks remand, contending that this Court lacks jurisdiction to adjudicate his claims.  But federal courts have jurisdiction to hear all cases arising under the laws of the United States, including the Telephone Consumer Protection Act.  28 U.S.C. § 1331; *see also Mims v. Arrow Financial Servs., LLC*, 132 S.Ct. 740 (2012).

1       The Defendant properly removed the case based on federal-question jurisdiction;

2 Plaintiff's motion is **DENIED**.

3

4       Dated this 7th day of April, 2014

5

6

Ronald B. Leighton
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24