# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

TIMOTHY DIETZ,

    Plaintiff(s),

v.

MIDLAND CREDIT MANAGEMENT INC.,

    Defendant(s).

NOTICE OF CIVIL APPEAL

C14-5114 RBL
(Case Number)

HONORABLE RONALD B. LEIGHTON
(District Court Judge)

Notice is hereby given that

Timothy Dietz
(Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from

ORDER DENYING MOTION TO REMAND (DKT. #8)
(Name of Order/Judgment)

entered in this action on

Apr 7, 2014
(Date of Order)

May 6, 2014

Dated

Timothy Dietz
2503 34th Ave
Longview WA 98632
360-442-9832

Name, Address and Phone Number of Counsel for Appellant or Appellant/*Pro Se*

NOTICE OF CIVIL APPEAL

Page of